AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

MYHRNA BLACK, fka MYHRNA TENENTE,

      Plaintiff,

V.

NATHAN TOD YOUNG, Ninth Judicial District Court Judge, MAJRE BLACK, ALFONSO TENENTE, JUDY M. SHELDREW, attorney at law, the LAW OFFICE OF KAREN L. WINTERS,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:15-cv-00332-MMD-WGC**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Judge Young on the third claim for relief.

  March 25, 2016                            **LANCE S. WILSON**
                                                                             Clerk

                                                                 /s/ D. R. Morgan
                                                                   Deputy Clerk